# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC., ) Case No.: 2:17-cv-00122-JCM (VCF)
           Plaintiff,
     vs.                         **DEFAULT JUDGMENT**
LIANNA WOOD,
           Defendant.

This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant LIANNA WOOD for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant LIANNA WOOD to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 31].

Defendant LIANNA WOOD willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant LIANNA WOOD was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant LIANNA WOOD, in the amount of One Thousand Five Hundred dollars (USD$1,500.00) pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant LIANNA WOOD, fees and costs, including reasonable attorney's fees, in the amount of Four Thousand Seven Hundred Thirty-Two and 50/100 dollars (USD$4,732.50) pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this  17th  day of _____April_____, 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
Telephone No.: (702) 425-5100
Fax No.: (818) 763-2308

*Attorneys for Plaintiff*
ME2 PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: 2:17-cv-00122-JCM (VCF) |
| Plaintiff, | |
| vs. | |
| LIANNA WOOD, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon LIANNA WOOD, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

LIANNA WOOD
4813 Violet Bay Court
Las Vegas, Nevada 89131-2794

Dated April 12, 2018.

/s/ Heather Martindale
An Employee of Hamrick & Evans, LLP